# U.S. District Court
# Northern District of Ohio (Cleveland)
# CIVIL DOCKET FOR CASE #: 1:19−cv−02684−JG

| | |
|---|---|
| Paroda v. Van−Am Tool & Engineering, LLC. | Date Filed: 11/15/2019 |
| Assigned to: Judge James S. Gwin | Jury Demand: None |
| Cause: 29:1362 ERISA | Nature of Suit: 791 Labor: E.R.I.S.A. |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Stephen Paroda**     represented by     **Natalie F. Grubb**
Grubb & Associates
Ste. 260−A
437 West Lafayette Road
Medina, OH 44256
330−725−7252
Fax: 330−723−1095
Email: officemgr@grubbandassoc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Mark E. Owens**
Grubb & Associates
Ste. 260−A
437 West Lafayette Road
Medina, OH 44256
330−725−7252
Fax: 330−723−1095
Email: lawoffice2@grubbandassoc.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

V.

**Defendant**

**Van−Am Tool & Engineering, LLC**     represented by     **Brittany N. Brantley**
Fisher & Phillips − Cleveland
Ste. 4000
200 Public Square
Cleveland, OH 44114
440−838−8800
Fax: 440−838−8805
Email: bbrantley@fisherphillips.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jeffrey Douglas Smith**
Fisher & Phillips − Cleveland
Ste. 4000
200 Public Square
Cleveland, OH 44114

440−838−8800
Fax: 440−838−8805
Email: jdsmith@fisherphillips.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Jerry P. Cline**
Fisher & Phillips − Cleveland
Ste. 4000
200 Public Square
Cleveland, OH 44114
440−838−8800
Fax: 440−838−8805
Email: jcline@fisherphillips.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2019 | Ï 1 | **Complaint** against Van−Am Tool & Engineering, LLC. Filing fee paid $ 400, receipt number 0647−9630199. Filed by Stephen Paroda. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Summons)(Owens, Mark) (Entered: 11/15/2019) |
| 11/15/2019 | Ï | Judge James S. Gwin assigned to case, (Y,A) (Entered: 11/15/2019) |
| 11/15/2019 | Ï | Random Assignment of Magistrate Judge pursuant to Local Rule 3.1. In the event of a referral, case will be assigned to Magistrate Judge David A. Ruiz. (Y,A) (Entered: 11/15/2019) |
| 11/15/2019 | Ï 2 | Original Summons and Magistrate Consent Form issued to counsel for service upon Van−Am Tool & Engineering, LLC. (Attachments: # 1 Magistrate Consent Form) (Y,A) (Entered: 11/15/2019) |
| 11/26/2019 | Ï 3 | FILING ERROR, DOCUMENT INCOMPLETE. Return of Service by certified mail executed upon Van−Am Tool & Engineering, LLC on 11/21/2019, no delivery date on green card, date obtained from U.S. Postal Service website, filed on behalf of Stephen Paroda (Attachments: # 1 Exhibit Green Card, # 2 Exhibit USPS Tracking)(Owens, Mark) Modified text on 12/5/2019 (S,SR). (Entered: 11/26/2019) |
| 12/10/2019 | Ï 4 | Return of Service by certified mail executed upon Van−Am Tool & Engineering, LLC on 11/21/2019, no delivery date on green card, date obtained from U.S. Postal Service website, filed on behalf of Stephen Paroda (Attachments: # 1 Exhibit Returned signed green card, # 2 Exhibit USPS Tracking)(Grubb, Natalie) Signed by Mark Owen. Modified text on 12/10/2019 (S,SR). (Entered: 12/10/2019) |
| 12/11/2019 | Ï 5 | **Motion** for extension of time until January 10, 2020 to answer filed by Defendant Van−Am Tool & Engineering, LLC. (Brantley, Brittany) (Entered: 12/11/2019) |
| 12/12/2019 | Ï | **Order** [non−document] entered by Judge James S. Gwin on 12/12/2019. The Court grants defendant's Motion for Extension of Time to Answer 5 until 1/10/2020.(S,KM) (Entered: 12/12/2019) |
| 01/10/2020 | Ï 6 | Attorney Appearance by Jerry P. Cline filed by on behalf of Van−Am Tool & Engineering, LLC. (Cline, Jerry) (Entered: 01/10/2020) |
| 01/10/2020 | Ï | |

| | | |
|---|---|---|
| | | IMPORTANT: Prepare now and avoid delays logging in later. The U.S. District Court for the Northern District of Ohio [OHND] will be upgrading CM/ECF to the Next Generation of CM/ECF [NextGen] on February 10, 2020. Information regarding NextGen can be found on the court's website.<br><br>Preparing for NextGen CM/ECF is a multi−step process. Step one is to obtain or upgrade your PACER account. Currently, attorneys within a firm may share a PACER account. This will not be allowed with NextGen. Each attorney must have their own upgraded PACER account. If you are using a shared PACER account, register for a new PACER account by clicking here.<br><br>If you have an upgraded PACER account for another NextGen court or your PACER account was created after August 10, 2014, no further action is required at this time. If neither applies, you must upgrade your legacy PACER account. **If this is not done, you will be unable to e−file after February 10, 2020.** Instructions for linking your PACER account to your CM/ECF account will be sent in February. If you still have questions, please contact the PACER Service Center at 800−676−6854 or the Clerk's Office Help Desk at 1−800−355−8498. (SL) (ADI) (Entered: 01/10/2020) |
| 01/10/2020 | Ï 7 | **Motion** to dismiss *for Improper Venue or in the Alternative, Motion to Transfer Venue* with memorandum in support filed by Defendant Van−Am Tool & Engineering, LLC. (Attachments: # 1 Declaration of Leonid Perelman, # 2 Exhibits A − H)(Cline, Jerry) (Entered: 01/10/2020) |
| 01/23/2020 | Ï 8 | **Opposition** to 7 **Motion** to dismiss *for Improper Venue or in the Alternative, Motion to Transfer Venue* filed by All Plaintiffs. (Attachments: # 1 Affidavit Stephen Paroda)(Grubb, Natalie) (Entered: 01/23/2020) |
| 01/30/2020 | Ï 9 | **Reply** to response to 7 **Motion** to dismiss *for Improper Venue or in the Alternative, Motion to Transfer Venue Reply to Plaintiff's Brief in Opposition to Defendant's Motion* filed by Van−Am Tool & Engineering, LLC. (Cline, Jerry) (Entered: 01/30/2020) |
| 02/03/2020 | Ï | LAST NOTICE: Prepare now and avoid delays logging in later. The U.S. District Court for the Northern District of Ohio [OHND] will be upgrading CM/ECF to the Next Generation of CM/ECF [NextGen] on February 10, 2020. In order to complete our final transition to NextGen, CM/ECF will be offline starting at 12:00 noon on Friday, February 7, 2020, through 11:59 p.m. Sunday, February 9, 2020. Pursuant to General Order 2020−02, we have established an email box, nextgenfilings@ohnd.uscourts.gov, for submitting documents to be filed during this period.<br><br>Preparing for NextGen is a two−step process. Step one was to obtain or upgrade your PACER account. Each attorney should have their own individual upgraded PACER account at this time. Step two will be to link your upgraded PACER account to your OHND e−filing account in the NextGen CM/ECF system on or after February 10, 2020. Linking Instructions. You will be unable to e−file until the accounts are linked. If you have any additional questions, please call the Clerk's Office Help Desk at 1−800−355−8498. (SL) (ADI) (Entered: 02/03/2020) |
| 02/04/2020 | Ï 10 | **Order** signed by Judge James S. Gwin on 2/4/2020. The Court grants defendant's motion to transfer venue to the Western District of Missouri 7 for the reasons as set forth in this Order. (S,KM) (Entered: 02/04/2020) |